Commonwealth *v.* Covington, Appellant.

Submitted September 13, 1971. *Mary Bell Hammerman*, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Cox, Appellant.

Argued September 21, 1971. *Kalvin Kahn*, for appellant; *James D. Watt, Jr.*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Cunningham, Appellant.

Submitted September 13, 1971. *James T. Cunningham*, appellant, in propria persona; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.